Gallt v Nelk (2025 NY Slip Op 04332)

Gallt v Nelk

2025 NY Slip Op 04332

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, SMITH, DELCONTE, AND HANNAH, JJ.

433 CA 24-01245

[*1]JOHN M. GALLT, PLAINTIFF-APPELLANT,
v
ROBERT A. NELK AND RAMAKRISHNA YARLAGADDA, DEFENDANTS-RESPONDENTS. (APPEAL NO. 1.) 

WILLIAM MATTAR, P.C., ROCHESTER (MATTHEW J. KAISER OF COUNSEL), FOR PLAINTIFF-APPELLANT.
PENINO & MOYNIHAN LLP, WHITE PLAINS (MELISSA L. VINCTON OF COUNSEL), FOR DEFENDANT-RESPONDENT ROBERT A. NELK.
CARMAN, CALLAHAN & INGHAM, LLP, FARMINGDALE (JONATHAN D. SILVERSTEIN OF COUNSEL), FOR DEFENDANT-RESPONDENT RAMAKRISHNA YARLAGADDA. 

 Appeal from an order of the Supreme Court, Herkimer County (Mark R. Rose, J.), entered July 3, 2024 in a personal injury action arising from a motor vehicle accident. The order denied in part the motion of plaintiff for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Gallt v Nelk ([appeal No. 2] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court